IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEPARTMENT OF HOMELAND, SECURITY** *Petitioner,* | § § § § § | |
| v. | § § | CASE NO._____ |
| **SANDDEEP KUMAR,** *Respondent.* | § § § § § | |

## PETITIONER'S MOTION TO SEAL

Petitioner, United States Department of Homeland Security, (DHS), files this motion to seal their Petition in the above named action. This Petition contains Respondent's personal identifying information and medical information, and Petitioner requests that the Petition be sealed pursuant to the Health Insurance Portability and Accountability Act (HIPPA). DHS requests any other relief to which they are justly entitled.

Respectfully Submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney
Texas Bar No. 24093366
Federal ID No. 2554283
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9000
Facsimile: (713) 718-3303
Email: ariel.wiley@usdoj.gov

ATTORNEY FOR PETITIONER

## **CERTIFICATE OF SERVICE**

I certify that on November 25, 2019, the foregoing pleading was filed with the Court through the Court's CM/ECF system. I further certify that a true and correct copy of the foregoing was hand-delivered on November 25, 2019, to Sandeep Kumar, Houston Contract Detention Facility, 15850 Export Plaza Drive Houston, TX 77032.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney